NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ROGER BLAIR**

---

2013-1591

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 11/783,909.

---

**ON MOTION**

---

**O R D E R**

Roger Blair moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

IN RE BLAIR                                                                                         2

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk


ISSUED AS A MANDATE:  September 16, 2013

s21